IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20051-02-JAR |
| ) | |
| GRAZIANO CORNOLO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture (Doc. 110).

For good cause shown, the Court **grants** the United States' Motion for a Final Order of Forfeiture (Doc. 110).

WHEREAS, on April 6, 2017, this Court entered a Preliminary Order of Forfeiture (Doc. 76) ordering the forfeiture of the defendant's interest in certain property that included the following:

    A. $29,784.59 seized from BMO Harris Account No. xxxxxx6969;

    B. $600,000.00 seized from BMO Harris Account No. xxxxx547;

    C. $168,700.00 in U.S. currency seized from the defendant;

WHEREAS, notice was published on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 3, 2018 and ending on November 1, 2018, of the United States' intent to dispose of the property in accordance with the law, and, further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property (Doc. 105); and,

1

WHEREAS, notice of forfeiture was sent to those persons or entities known to have a potential interest in the subject property; and,

WHEREAS, it appears from the record that no petitions or claims, contested or otherwise, have been filed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All right, title and interest to the property described below is hereby condemned, forfeited to, and vested in the United States of America, and shall be disposed of according to law.

2. The following property is hereby condemned and forfeited to the United States of America:

   A. $29,784.59 seized from BMO Harris Account No. xxxxxx6969;

   B. $600,000.00 seized from BMO Harris Account No. xxxxx547;

   C. $168,700.00 in U.S. currency seized from the defendant.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED**.

Dated: December 27, 2018

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE